___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:15-cv-01449-JLS-KES | Date: November 14, 2016 |
| Title: Donald Okada v. Mark Whitehead | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUESTING PLAINTIFF TO SHOW CAUSE WHY SUMMARY JUDGMENT SHOULD NOT BE ENTERED AND CONTINUING THE JURY TRIAL**

In light of Plaintiff's filing of a First Amended Complaint and the Court's Summary Judgment Order (*see* Order at 13-17, Doc. 183), the Court in accordance with Rule 56(f) ORDERS Plaintiff to show cause why summary judgment should not be entered against Plaintiff on his request for a declaratory judgment holding "that he validly exercised his contractual remedies under the Settlement Agreement . . . ." (*See* FAC ¶ 120, Doc. 190.) Plaintiff shall submit any response by Friday, November 18, 2016, and Defendant shall submit any response by Tuesday, November 22, 2016. Plaintiff may submit any reply by Friday, November, 25, 2016. The Court CONTINUES the Exhibit Conference until November 22, 2016, at 11:00 a.m. and the trial until November 29, 2016, at 9:00 a.m.

                                                               Initials of Preparer: tg