UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 15-1449 JLS (KESx) | Date | November 29, 2016 |
| Title | *Donald Okada v. Mark Whitehead* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | CS 11/29/2016 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Randolph Gaw<br>Victor Meng | James A. Bryant, II |

**Proceedings:**     **ORDER REGARDING SETTLEMENT CONFERENCE**

The above-captioned action came on for a Settlement Conference.

The parties and their lead counsel were present.

The Court dispensed with a joint session.

The Court privately caucused with the parties and their lead counsel.

The parties were unable to resolve the matter.

*It is so ordered.*

cc:     Parties of Record

3 : 00

Initials of Preparer      kh