| | |
|---|---|
| 1 | RANDOLPH GAW (S.B. #223718) |
| 2 | rgaw@gawpoe.com<br>MARK POE (S.B. #223714) |
| 3 | mpoe@gawpoe.com<br>VICTOR MENG (S.B. #254102) |
| 4 | vmeng@gawpoe.com<br>GAW \| POE LLP |
| 5 | 4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111 |
| 6 | Telephone: (415) 766-7451<br>Facsimile: (415) 737-0642 |
| 7 | |
| 8 | Attorneys for Plaintiff and Counter-defendant Donald Okada |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DONALD OKADA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK WHITEHEAD<br><br>　　　　　Defendant. | Case No. 8:15-CV-01449-JLS (KESX)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DONALD OKADA'S MOTION FOR ATTORNEY'S FEES AND EXPENSES** |

Having considered the motion for attorney's fees and expenses filed by plaintiff Donald Okada pursuant to the Settlement Agreement between the parties, Federal Rule of Civil Procedure 54(d), and Civil Local Rule 54-10, and any objections thereto, and determined that the requested attorney's fees and expenses are reasonable, the motion is hereby **GRANTED** in full.

It is hereby **ORDERED** that:

1. Plaintiff Donald Okada shall receive a total of $549,781.25 in attorney's fees, to be paid by defendant Mark Whitehead;

2. Plaintiff Donald Okada shall be reimbursed $108,132.53 in costs of suit incurred in the prosecution of this matter, to be paid by defendant Mark Whitehead; and

3. Plaintiff Donald Okada shall recover post-judgment interest on the attorney's fees and disbursements awarded to Plaintiff Donald Okada in accordance with 28 U.S.C. § 1961.

Dated: _____

_____
Hon. Josephine L. Staton
United States District Court Judge