RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff and Counter-defendant Donald Okada

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DONALD OKADA<br><br>           Plaintiff,<br><br>v.<br><br>MARK WHITEHEAD<br><br>           Defendant. | Case No. 8:15-CV-01449-JLS (KESX)<br><br>**DECLARATION OF MARCOS PENA IN SUPPORT OF PLAINTIFF DONALD OKADA'S MOTION FOR ATTORNEY'S FEES AND EXPENSES** |

I, Marcos Peña, declare:

1. I am Marcos Peña of the law firm Jimenez Cruz Peña in Santo Domingo, Dominican Republic. I have personal knowledge of the matters stated herein except as otherwise stated and, if called as a witness, I could and would testify competently thereto.

2. I graduated of *Licenciado en Derecho* (equivalent to JD) from Universidad Nacional Pedro Henríquez Ureña in Santo Domingo, Dominican Republic in 1989. In 1994, I received an LLM from King's College, University of London.

3. I started practicing law at a major law firm when I joined the international law firm Russin, Vecchi & Heredia Bonetti in 1991. I was an associate in the Litigation Department until I became a partner in charge of coordinating the firm's litigation practice in 1998. In 2000, I joined the Florida based law firm Steel Hector & Davis (later Squire Patton Boggs) as a partner of the Santo Domingo office and then became a general partner. I was also responsible for litigation. In 2003 I founded Jiménez Cruz Peña, together with my partners José Cruz C. and Luis Jiménez. My practice focuses on litigation and arbitration (including international arbitration). I also work on government and compliance matters. I am a member of the International Court of Arbitration of the International Chamber of Commerce, where I represent the Dominican Republic. Attached as **Exhibit 1** is a true and correct copy of my biography found at http://www.jcpdr.com/index.php/en/lawyers/partners/marcos-pena-rodriguez-en.

4. I am familiar with DMK Lawyers | Central Law as well as with Enrique De Marchena. DMK is a well-regarded law firm of the Dominican Republic and its founder Enrique De Marchena was a partner at Russin, Vecchi & Heredia Bonetti. Mr. De Marchena left the firm shortly after I joined it but my firm has worked in several matters in which DMK is representing one of the parties.



- 1 -

DECL OF MARCOS PEÑA
ISO PLAINTIFF'S MOTION FOR FEES
CASE NO. 8:15-CV-01449-JLS (KESX)

5. I base this declaration upon my personal experience as an attorney, my familiarity with DMK Lawyers and Mr. Enrique De Marchena, the experience I have gained in my practice of the law, and the knowledge I have about the private practice of law in Santo Domingo, Dominican Republic.

6. Like many law firms based in Santo Domingo, DMK Lawyers are compensated on an hourly basis for services rendered. I understand that DMK Lawyers charges $350 per hour for Mr. Enrique De Marchena Kaluche and $250 per hour for Mr. Nelson Jáquez. In my opinion, these rates are fair and reasonable, and are commensurate with rates of similarly skilled attorneys and for similar work in Santo Domingo. For example, my hourly rate is US$325 and the rates of other attorneys in my firm range from US$120 to US$220 for associates depending on their seniority and US$240 to US$325 for partners.

7. DMK Lawyers enjoys an outstanding reputation amongst its peers and I believe they are highly skilled attorneys in several areas of business law, including litigation, real estate, tourism, etc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2017, at Santo Domingo, Dominican Republic.

_____
Marcos Peña